| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)*<br>CR 98-107 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)*<br>04cr30044 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Donald Roy | DISTRICT<br><br>Eastern District of New York | DIVISION<br><br>Brooklyn |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>Thomas C. Platt, Senior United States District Court Judge | |
| | DATES OF PROBATION/SUPERVISED<br>RELEASE: | FROM<br>6/27/03 | TO<br>6/26/06 |

OFFENSE

Conspiracy to Distribute and To Possess With Intent to Distribute Marijuana

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

August 18, 2004
_____
*Date*

The C. Platt
_____
*United States District Judge*

---

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Sept 1, 2004
_____
*Effective Date*

Michael A. Ponsor
_____
*United States District Judge*